# FILED

09/26/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0018

## IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| SERAPHINA WILSON, a minor, by and through her guardian, JEFFREY FERGUSON,<br><br>Plaintiff & Appellee,<br><br>vs.<br><br>STATE OF MONTANA, by and through the Montana Department of Public Health and Human Services,<br><br>Defendant & Appellant, | Supreme Court Cause No. DA 22-0018<br><br><br><br>ORDER |

Pursuant to the authority granted under Rule 26(2), M.R.App.P., Appellant State of Montana (herein "State" or "Appellant") is granted its extension of time, of thirty days, through and including **November 3, 2022**, within which to file Appellant's Reply Brief.

No further extensions will be granted.

ELECTRONICALLY SIGNED and DATED as indicated below.

ORDER                                  Page **1** of **1**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 26 2022